# United States Court of Appeals

### For the Eighth Circuit

_____

No. 17-2421

_____

United States of America

*Plaintiff - Appellee*

v.

2035, Inc., a corporation

*Defendant*

Robert L. Lytle, an individual, doing business as 2035 PMA and QLasers PMA

*Defendant - Appellant*

_____

No. 17-3813

_____

United States of America

*Plaintiff - Appellee*

v.

2035, Inc., a corporation

*Defendant*

Robert Larry Lytle, an individual, doing business as 2035 PMA, doing business as QLasers PMA

*Defendant - Appellant*

_____

Appeals from United States District Court
for the District of South Dakota - Rapid City
_____

Submitted: August 28, 2018
Filed: August 31, 2018
[Unpublished]
_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Robert Larry Lytle appeals the district court's[1] denial of his multiple postjudgment motions. We conclude that the district court did not err in denying the motions. See Miller v. Baker Implement Co., 439 F.3d 407, 414 (8th Cir. 2006) (appellate court reviews denial of Fed. R. Civ. P. 59(e), 60(b) motions for abuse of discretion). Accordingly, we affirm. See 8th Cir. R. 47A(a).

_____

[1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.